FILED
CLERK, U.S. DISTRICT COURT

JAN 3 0 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )    Case No. 18-0212M
                               )
              Plaintiff,       )    ORDER OF DETENTION AFTER HEARING
                               )      (Fed.R.Crim.P. 32.1(a)(6)
       v.                      )       18 U.S.C. § 3143(a)
                               )    · Allegations of Violations of
       TRUJILLO               )      Probation/Supervised Release
                               )              Conditions)
              Defendant.       )
_____)

On arrest warrant issued by the United States District Court for

the _So-then Dist. of Cal_ involving alleged violations of

conditions of probation/supervised release:

     1.   The court finds that no condition or combination of

          conditions will reasonably assure:

          A.   ( ✓ ) the appearance of defendant as required; and/or

          B.   (   ) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. ( X ) Defendant has failed to demonstrate by clear and
convincing evidence that he is not likely to pose
a risk to the safety of any other persons or the
community. Defendant poses a risk to the safety
of other persons or the community based on:

*See PSA report*

B. ( / ) Defendant has failed to demonstrate by clear and
convincing evidence that he is not likely to flee
if released. Defendant poses a flight risk based
on:

*See PSA report*

IT IS ORDERED that defendant be detained.

DATED: *1-30-18*

Frederick F. Mumm
United States Magistrate Judge

2